UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

ANTHONY MADDOX,

        Plaintiff,        Case No. 1:17-cv-657

v.        Honorable Paul L. Maloney

HEIDI E. WASHINGTON et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

Dated: August 15, 2017        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge